# United States District Court
# Northern District of Texas

## Supplemental Civil Cover Sheet For Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerks Office.  Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | Dallas County, Texas 193rd Judicial District | DC-17-01853 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code.)

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Rafael Ramos, Plaintiff | Edith K. Thomas<br>TBN: 24060717<br>777 Main Street, Suite 600<br>Fort Worth, Texas 76102<br>Telephone:  (888) 760-0149 |

Firmwide:146617076.1 070992.1000

**Supplemental Civil Cover Sheet**
Page 2

| **Party and Party Type** | **Attorney(s)** |
|---|---|
| Greyhound Lines, Inc.., Defendant | Russell Zimmerer<br>TBN: 24063988<br>Jamie Lauren Strickler<br>TBN: 24071192<br>Littler Mendelson, P.C.<br>2001 Ross Avenue, Ste 1500<br>Dallas, TX  75201<br>Telephone: (214) 880-8100 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   _X_ Yes       ____ No

   If "*Yes*," by which party and on what date?

   | Plaintiff | 02/14/2017 |
   |---|---|
   | Party | Date |

4. **Answer:**

   Was an Answer made in State Court?   _X_ Yes       ____ No

   If "*Yes*," by which party and on what date?

   | Defendant | 03/24/2017 |
   |---|---|
   | Party | Date |

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | **Party** | **Reason(s) for No Service** |
   |---|---|
   | None | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | **Party** | **Reason** |
   |---|---|
   | Not applicable. | |

7.     **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claim(s) |
|---|---|
| Efren Cano, Plaintiff | Plaintiff petition alleges he was subject to disability discrimination, age discrimination, and retaliation. |
| Greyhound Lines, Inc., Defendant | Defendant denies each of Plaintiff's allegations of facts and claims for relief. |